IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FILED
JUL 27 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

SUSAN CAMERON

v.   :   CIVIL ACTION NO. 11-3250

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**ORDER**

AND NOW, this 27th day of July, 2012, upon consideration of Plaintiff Susan Cameron's Request for Review (ECF Nos. 3, 9), and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 16), it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED**.

2. Judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only.

3. The matter is **REMANDED** for further proceedings consistent with this adjudication.

4. The Clerk of Court is directed to mark this matter closed.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.

Faxed to M. Boyle
M. Hytchinson
C. Giusti
7/27/12